# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| **ROBERT LANCE JOHANSEN as** | ) | |
| **administrator of the estate of** | ) | |
| **LAUREN JOHANSEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 3:25-cv-00690** |
| | ) | **Judge Trauger** |
| **v.** | ) | |
| | ) | |
| **BROOKE'S BAIL BONDING, LLC,** *et al*. | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO DISMISS
## BY DEFENDANT AMERICAN CONTRACTORS INDEMNITY COMPANY

Defendant American Contractors Indemnity Company ("ACIC") moves this Court to dismiss Plaintiff's Amended Complaint [Doc. 47] ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. Plaintiff's Complaint does not allege sufficient facts upon which relief can be granted against ACIC on the legal theory that ACIC and On Time Bonding were part of an implied partnership or joint venture. In other words, the allegations in the Complaint do not raise a right to relief against ACIC on the basis of any claim above the speculative level nor do they state a claim for relief that is plausible on its face. For the reasons set forth more fully in the accompanying Memorandum of Law, ACIC respectfully requests that Plaintiff's Complaint against it be dismissed for failure to state a claim upon which relief can be granted with prejudice.

**Dated: October 24, 2025.**     Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By:     *s/ Matthew C. Pietsch*
          **MATTHEW C. PIETSCH**, TN BPR No. 024659
          4020 Aspen Grove Drive, Suite 500
          Franklin, TN 37067
          Phone: 615-722-9000
          Fax: 615-970-7490
          mpietsch@grsm.com

*Counsel for Defendant*
*American Contractors Indemnity Company*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of the foregoing was electronically filed with the Court and served on all parties of record via the Court's electronic filing system on **October 24, 2025**.

| | |
|---|---|
| Philip N. Elbert<br>Elizabeth Tipping<br>Satchel Fowler<br>Womble Bond Dickinson (US) LLP<br>1222 Demonbreun Street, Suite 1201<br>Nashville, TN 37203<br>phil.elbert@wdb-us.com<br>liz.tipping@wbd-us.com<br>satchel.fowler@wbd-us.com<br><br>Attorneys for Plaintiff | Bryan Lewis<br>Bryan Lewis Law<br>1300 Division Street, Suite 307<br>Nashville, TN 37203<br>bryan@bryanlewislaw.com<br><br>Will Helou<br>WSMLegal PLLC<br>2817 West End Avenue, Suite 126-107<br>Nashville, TN 37203<br>whelou@wsmlegal.com<br><br>Attorneys for Brooke's Bail Bonding, LLC, Brooke Harlan-Evitts and Continental Heritage Insurance Company |
| Joseph Zanger<br>Zanger Law Firm<br>135 Clif Garret Drive<br>White House, TN 37188<br>joe@zangerlaw.com<br><br>Attorney for Nakeda Wilhoite and Freedom Monitoring LLC | Tyrell White d/b/a On Time Bonding<br>704 Pin Oak Dr.<br>Nashville, TN 37209<br><br>Alisha Ridley<br>101 Davis Park Drive Unit 119<br>Smyrna, TN37167 |

*/s/ Matthew C. Pietsch*

3