**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **ROBERT LANCE JOHANSEN as** ) | |
| **administrator of the estate of** ) | |
| **LAUREN JOHANSEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:25-cv-00690** |
| ) | **Judge Aleta A. Trauger** |
| **BROOKE'S BAIL BONDING, LLC** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss (Doc. No. 56) filed by defendants Brooke's Bail Bonding, LLC ("Brooke's Bonding") and Brooke Harlan-Evitts is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** with respect to Count II, and the claims under 42 U.S.C. § 1983 against Brooke's Bonding and Harlan-Evitts are **DISMISSED**. The motion is also **GRANTED** with respect to Count V, which is premised upon the existence of a partnership between Brooke's Bonding and Continental Heritage Insurance Company. The motion is otherwise **DENIED**.

The Motions to Dismiss filed by defendants Continental Heritage Insurance Company (Doc. No. 57) and American Contractors Indemnity Co. (Doc. No. 59) are **GRANTED**, and all claims against these two defendants are **DISMISSED**.

The initial case management conference is **RESET** for **July 27, 2026 at 1:30 p.m.**

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge