**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| ROBERT LANCE JOHANSEN | ) | |
| *as administrator of the estate of Lauren Johansen*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:25-cv-690 |
| | ) | Judge Trauger |
| | ) | |
| BROOKE'S BAIL BONDING, LLC, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER CONCERNING UPCOMING**
**INITIAL CASE MANAGEMENT CONFERENCE**

The initial case management conference in this case is scheduled for July 27, 2026 at 1:30 p.m.

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **IN PERSON**, not by videoconference or telephone.  Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **LEAD COUNSEL** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE