**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

ROBERT LANCE JOHANSEN *as*    )
*administrator of the estate of Lauren Johansen*, )
             )
  Plaintiff,        )
             )
v.            )  Civil No.  3:25-cv-690
             )  Judge Trauger
BROOKE'S BAIL BONDING, LLC, ET AL., )
             )
  Defendants.      )

## ORDER

It is hereby ORDERED that the initial case management conference scheduled for

July 27, 2026 at 1:30 p.m. is RESET for the same day at 2:00 p.m.

**IT IS SO ORDERED.**

               _____
               ALETA A. TRAUGER
               U.S. DISTRICT JUDGE